STATE OF NORTH CAROLINA v. MATTHEW PARKER, JR.

No. 737SC768

(Filed 28 November 1973)

APPEAL by defendant from *James, Judge,* 16 April 1973 Session of Superior Court held in EDGECOMBE County.

By indictment, proper in form, defendant was charged with the armed robbery of one John Willey. He pled not guilty. The State's evidence showed that on the night of 29 March 1973 defendant attacked Willey in the men's rest room of the Rocky Mount bus station, threw him to the floor, held a knife to his throat, and took from him a wallet containing $16.00. Aroused by Willey's cries, other persons in the bus station seized defendant and detained him until the police arrived. The jury returned a verdict finding defendant guilty as charged. From judgment on the verdict sentencing defendant to prison for the term of not less than 18 nor more than 20 years, defendant appealed.

*Attorney General Robert Morgan by Assistant Attorney General Robert G. Webb for the State.*

*W. O. Rosser for defendant appellant.*

PARKER, Judge.

We have carefully reviewed the entire record. In defendant's trial and in the judgment imposed we find

No error.

Chief Judge BROCK and Judge CAMPBELL concur.